# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAVEN SMITH

NO. 2026 KW 0594

JULY 27, 2026

---

In Re:    Raven Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-25-01857.

---

BEFORE:    **PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

**AHP**

**HG**

**Fields, J.,** dissents and would grant the writ. In this matter, the State should be precluded from using the defendant's grand jury testimony at trial when the original indictment was quashed due to the presence of an unauthorized person in the courtroom during the first grand jury proceeding.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT